UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**GS HOLISTIC LLC,**

   Plaintiff,

v.                                      No. 4:23-cv-00409-P

**DANA USA LLC, ET AL.,**

   Defendants.

## FINAL JUDGMENT

Pursuant to this Court's Order Accepting in Part and Denying in Part Plaintiff's Motion for Default Judgement (ECF No. 13) and Federal Rule of Civil Procedure 58, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that **DEFAULT JUDGMENT** is entered in favor of Plaintiff GS Holistic, LLC. Accordingly, the Court **AWARDS** to GS Holistic, LLC **$150,000 in damages** and **$782 in taxable costs**. The Court further **ORDERS** that Defendants are **ENJOINED** from the following:

Importing, exporting, making, manufacturing, reproducing, assembling, acquiring, purchasing, offering, selling, transferring, brokering, consigning, distributing, storing, shipping, licensing, developing, displaying, delivering, marketing, advertising, or promoting the counterfeit Stündenglass products identified in the Complaint and/or any other unauthorized imitations of Stündenglass products; and Assisting, aiding, or attempting to assist or aid, any other person or entity in performing any of the prohibited activities enumerated in the subsection of this Injunction.

The Clerk of the Court is hereby instructed to issue a true and correct copy of this Final Judgment to the Parties.

**SO ORDERED** on this **7th day of December 2023.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE